# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 20-956V
UNPUBLISHED

| | |
|---|---|
| HANNAH BAKER,<br><br>    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>    Respondent. | Chief Special Master Corcoran<br><br>Filed: September 3, 2021<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Meningococcal Vaccine;<br>Vasovagal Syncope |

*John D. Kassel*, Kassel McVey Attorneys at Law, Columbia, SC, for Petitioner.

*Katherine Carr Esposito*, U.S. Department of Justice, Washington, DC, for Respondent.

**RULING ON ENTITLEMENT**[1]

On August 3, 2020, Hannah Baker filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a vasovagal syncope within one hour of receiving a meningococcal vaccine on June 27, 2019, which led to a "fall and fractured skull, traumatic subarachnoid hematoma, hyponatremia, pituitary injury with syndrome of inappropriate antiduretic hormone ("SIADH"), cerebral contusion, a blood clot, and personality changes from a traumatic brain injury." Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 2, 2021, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

4(c) Report at 1. Specifically, Respondent states that Petitioner "has satisfied the criteria set forth in the revised Vaccine Injury Table ('Table') and the Qualifications and Aids to Interpretation ('QAI'), which afford petitioner a presumption of causation if the onset of vasovagal syncope occurs within one hour after a meningococcal vaccination, and there is no apparent alternative cause." *Id.* at 7-8. Respondent further agrees that Petitioner experienced more than six months of residual effects. *Id.* at 8.

In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master
